# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 4, 2025

### NO. 03-25-00513-CV

**Ethan William Shuster, Appellant**

**v.**

**Kristi Carrow, Appellee**

**APPEAL FROM COUNTY COURT AT LAW OF BURNET COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
DISMISSED FOR WANT OF PROSECUTION –
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on June 17, 2025. Having reviewed the record, the Court holds that Ethan William Shuster has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.